IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3062 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| JOSE RAMIREZ-GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the findings and recommendation made by Magistrate Judge Zwart on October 1, 2010 (filing 40), and on the defendant's statement of objections filed on October 15, 2010 (filing 41). The magistrate judge recommends that the defendant's motion to suppress (filing 22) be denied in its entirety.

I have conducted a de novo review of the record. I find that inasmuch as the magistrate judge has fully, carefully, and correctly found the facts and applied the law, the findings and recommendation should be adopted, the statement of objections should be denied, and the motion to suppress should be denied in its entirety.

IT IS ORDERED that:

1. the magistrate judge's findings and recommendation (filing 40) are adopted;

2. the defendant's statement of objections (filing 41) is denied; and

3. the defendant's motion to suppress (filing 22) is denied in its entirety.

October 19, 2010.                          BY THE COURT:

                                           *Richard G. Kopf*
                                           United States District Judge